IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : 1:22CR 274-1 |
| | : |
| MIGUEL ANGEL FLORES-RAMOS, | : |
| also known as Miguel Flores Ramos, | : |
| Miguel Angel Flores Ramos, | : |
| Miguel Angel Flores, | : |
| Damian Castro-Solis, | : |
| Damian Castro Solis, | : |
| Damian Castro, | : |
| Saul Mendez | : |

The Grand Jury charges:

On or about March 26, 2021, in the County of Cabarrus, in the Middle District of North Carolina, MIGUEL ANGEL FLORES-RAMOS, also known as Miguel Flores Ramos, Miguel Angel Flores Ramos, Miguel Angel Flores, Damian Castro-Solis, Damian Castro Solis, Damian Castro, and Saul Mendez, an alien who had previously been deported and removed from the United States on or about December 28, 1998, and September 20, 1999, thereafter was found in the United States in Concord, North Carolina, said defendant having not obtained the consent of the Attorney General of the United States or the

United States Secretary of Homeland Security to reapply for admission into the United States; in violation of Title 8, United States Code, Section 1326(a).

DATED: August 29, 2022

SANDRA J. HAIRSTON
United States Attorney

*Craig M. Principe* /s/
BY: CRAIG M. PRINCIPE
Assistant United States Attorney

A TRUE BILL:

███████████████████████

FOREPERSON