IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | 1:22CR274-1 |
| --- | --- | --- |
| v. | : | |
| | : | PETITION FOR WRIT OF |
| MIGUEL ANGEL FLORES-RAMOS | : | HABEAS CORPUS AD |
| NCDAC #1709421 | : | PROSEQUENDUM |

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that MIGUEL ANGEL FLORES-RAMOS, now in the custody of the Maury Correctional Institution, Hookerton, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with a violation of Title 8, United States Code, Section 1326(a), illegal reentry by a deported alien.

It does not appear that the said MIGUEL ANGEL FLORES-RAMOS will be released from custody in time to appear for arraignment at the August 2023 term of Court to be held in this District.

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said MIGUEL ANGEL

FLORES-RAMOS before the United States District Court, United States Courthouse, 324 West Market Street, Greensboro, North Carolina, on August 30, 2023, at 10:30 a.m., for the purpose of arraignment in the case of the <u>United States of America v. Miguel Angel Flores-Ramos</u>, 1:22CR274-1, on that day or as soon thereafter as the Court may hear the same.

This the 17th day of August, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ CRAIG M. PRINCIPE
Assistant United States Attorney
NCSB #44720
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Fourth Floor
Greensboro, NC  27401
Phone:  336/333-5351